**Patricia HARRIS, Appellant,**

v.

**BROOK VIEW NURSING HOME, INC., and Division of Employment Security, Respondents.**

No. ED 98394.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 18, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 7, 2013.

Julie Houska, St. Louis, MO, for appellant.

Larry R. Ruhmann, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Claimant Patricia Harris appeals from the decision of the Labor and Industrial Relations Commission dismissing her appeal to the Appeals Tribunal for failing to timely appear for a telephone hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The Commission's decision is affirmed in accordance with Rule 84.16(b).